*State, Respondent, v. Thompson, Petitioner*, No. 93642-1. Petition for review of a decision of the Court of Appeals, No. 73325-7-I, August 1, 2016, 195 Wn. App. 1024. *Denied* January 4, 2017.

*Duncan, Petitioner, v. Dep't of Revenue, Respondent*, No. 93646-3. Petition for review of a decision of the Court of Appeals, No. 33245-4-III, August 18, 2016, 195 Wn. App. 1047. *Denied* January 4, 2017.

*Sun Outdoor Advert., LLC, Petitioner, v. Dep't of Transp., Respondent*, No. 93647-1. Petition for review of a decision of the Court of Appeals, No. 75231-6-I, August 29, 2016, 195 Wn. App. 666. *Denied* January 4, 2017.

*Belikov et al., Respondents, v. Huhs et al., Petitioners*, No. 93651-0. Petition for review of a decision of the Court of Appeals, Nos. 73495-4-I and 74230-2-I, August 29, 2016, 195 Wn. App. 1052. *Denied* January 4, 2017.

*State, Respondent, v. Allen, Petitioner*, No. 93660-9. Petition for review of a decision of the Court of Appeals, No. 73046-1-I, July 25, 2016, 195 Wn. App. 1013. *Denied* January 4, 2017.

*Everett Hangar, LLC, Respondent, v. Kilo 6 Owners Ass'n et al., Petitioners*, No. 93671-4. Petition for review of a decision of the Court of Appeals, No. 73504-7-I, August 8, 2016, 195 Wn. App. 1034. *Denied* January 4, 2017.

*Guest et al., Petitioners, v. Lange et al., Respondents*, No. 93677-3. Petition for review of a decision of the Court of Appeals, No. 46802-6-II, June 14, 2016, 194 Wn. App. 1031. *Denied* January 4, 2017.

*State, Respondent, v. Rodgers, Petitioner*, No. 93681-1. Petition for review of a decision of the Court of Appeals, No. 72934-9-I, August 1, 2016, 195 Wn. App. 1023. *Denied* January 4, 2017.